IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BELINDA RILEY,

    Plaintiff,

vs.                      Case No. 4:08cv421-MP/WCS

MICHAEL J. ASTRUE,
**Commissioner of Social Security**,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Complaint for judicial review of an adverse decision of the Defendant. Doc. 1. Plaintiff has now filed a consented motion to dismiss. Doc. 14.

In light of the above, it is **RECOMMENDED** that the motion to dismiss, doc. 14, be **GRANTED** and this case closed.

**IN CHAMBERS** at Tallahassee, Florida, on January 13, 2009.

        s/ William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may serve and file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.