IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BELINDA RILEY,

    Plaintiff,

v.                                                 CASE NO. 4:08-cv-00421-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Consent Motion to Dismiss, Doc. 14, be granted and this case be closed. The Magistrate issued the Report on Tuesday, January 13, 2009. Neither party has filed an objection to the Report, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the motion should be granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge, Doc. 15, is ADOPTED and incorporated herein. Plaintiff's Consent Motion to Dismiss, Doc. 14, is GRANTED, and this case is closed.

    **DONE AND ORDERED** this   *12th* day of February, 2009

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge